IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROSEMARY GREENLAW, | ) | No. C 12-1598 JSW (PR) |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| SHEILA MITCHELL, et al., | ) | (Docket No. 7) |
| Respondents. | ) | |

Petitioner, a prisoner of the State of California, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254.

Petitioner has filed a motion to file a document under seal. Local Rule 79-5(b) provides that "[n]o document shall be filed under seal except pursuant to a Court order that authorizes the sealing of the particular document or portion thereof and is narrowly tailored to seal only that material for which good cause to seal has been established." The commentary to the local rule indicates, in pertinent part, that the material requested to be filed under seal should have a "compelling need for confidentiality" and specifically directs that "[c]ounsel should not attempt to seal entire pleadings or memoranda required to be filed pursuant to the Federal Rules of Civil Procedure or these Local Rules."

Petitioner has met these requirements and the motion to file a document under seal is GRANTED.

Petitioner has also filed a motion for appointment of counsel. The Sixth Amendment's right to counsel does not apply in habeas corpus actions. *Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986). However, 18 U.S.C. § 3006A(a)(2)(B) authorizes a district court to appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require and such person is financially unable to obtain representation."

Petitioner has presented her claims ably in the petition, and they are not particularly complex. The Court determines that the interests of justice do not require appointment of counsel at this stage of the case. If the circumstances of the case materially change the Court will on its own reconsider this decision. The motion is DENIED.

Petitioner is granted a ninety-one (91) day extension of time to file a "notice of election" pursuant to docket number 6 from the date this order is filed.

This order terminates docket number 7.

IT IS SO ORDERED.

DATED: January 31, 2013

                                              JEFFREY S. WHITE
                                              United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY BELLE GREENLAW, | Case Number: CV12-01598 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SHEILA MITCHELL, ET AL. et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 31, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rosemary Belle Greenlaw
825 Villa Avenue
San Jose, CA 95126-2461

Dated: January 31, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk